1  UNITED STATES DISTRICT COURT

2  DISTRICT OF NEVADA

3  ANTHONY BROOKS,                                    Case No. 3:19-cv-00672-GMN-CLB

4                              Plaintiff              ORDER

5         v.

6  ELLIOTT SATTLER,

7                              Defendant

8

9  **I.     DISCUSSION**

10         Plaintiff, who is an inmate in the custody of the Nevada Department of Corrections

11  ("NDOC"), has filed a Notice of Intent. (ECF No. 1-1).  Plaintiff has not filed a complaint

12  or an application to proceed *in forma pauperis* in this matter.

13         Under Federal Rule of Civil Procedure 3, "[a] civil action is commenced by filing a

14  complaint with the court." Fed. R. Civ. P. 3.  As such, the Court grants Plaintiff thirty (30)

15  days from the date of this order to submit a complaint to this Court.

16         Under 28 U.S.C. § 1915(a)(2) and Local Rule LSR 1-2, Plaintiff must complete an

17  application to proceed *in forma pauperis* and attach both an inmate account statement

18  for the past six months and a properly executed financial certificate.  Plaintiff will be

19  granted an opportunity to file an application to proceed *in forma pauperis*, or in the

20  alternative, pay the full filing fee for this action.  If Plaintiff chooses to file an application

21  to proceed *in forma pauperis* he must file a fully complete application to proceed i*n forma*

22  *pauperis* and attach both an inmate account statement for the past six months and a

23  properly executed financial certificate.  Plaintiff is advised that this case will not be placed

24  in line for screening until the complaint is filed and he either pays the filing fee or files a

25  fully complete application to proceed *in forma pauperis* and attaches both an inmate

26  account statement for the past six months and a properly executed financial certificate.

27  Further, no extensions of time will be given beyond the thirty (30) day deadline for

28  compliance with this order.

## II. CONCLUSION

For the foregoing reasons, IT IS ORDERED that the Clerk of the Court WILL SEND Plaintiff the approved form application to proceed *in forma pauperis* by a prisoner, as well as the document entitled information and instructions for filing an *in forma pauperis* application.

IT IS FURTHER ORDERED that within **thirty (30) days** from the date of this order, Plaintiff must either: (1) file a fully complete application to proceed *in forma pauperis*, on the correct form with complete financial attachments in compliance with 28 U.S.C. § 1915(a); or (2) pay the full $400 fee for filing a civil action (which includes the $350 filing fee and the $50 administrative fee).

IT IS FURTHER ORDERED that Plaintiff will submit a complaint to this Court within **thirty (30) days** from the date of this order.

IT IS FURTHER ORDERED that the Clerk of the Court will send to Plaintiff the approved form for filing a 42 U.S.C. § 1983 complaint and instructions for the same. The Clerk of the Court will also send Plaintiff a copy of his Notice of Intent. (ECF No. 1-1).

IT IS FURTHER ORDERED that if Plaintiff does not timely comply with this order, dismissal of this action may result.

DATED: November 18, 2019.

_____
UNITED STATES MAGISTRATE JUDGE

- 2 -