UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

ANTHONY BROOKS, )
               Plaintiff, )
   vs. )
 )
ELLIOTT SATTLER, )
 )
               Defendant. )
 )
 )
 )

Case No.: 3:19-cv-00672-GMN-CLB

**ORDER**

Pending before the Court is the Report and Recommendation ("R&R") of United States Magistrate Judge Carla Baldwin, (ECF No. 9), which recommends that Plaintiff Anthony Brooks's ("Plaintiff's") Application for Leave to Proceed *in forma pauperis*, (ECF No. 6), be granted. The R&R further recommends that Plaintiff's Amended Complaint, (ECF No. 4), be dismissed with prejudice.

A party may file specific written objections to the findings and recommendations of a United States Magistrate Judge made pursuant to Local Rule IB 1-4. 28 U.S.C. § 636(b)(1)(B); D. Nev. R. IB 3-2. Upon the filing of such objections, the Court must make a de novo determination of those portions to which objections are made. *Id*. The Court may accept, reject, or modify, in whole or in part, the findings or recommendations made by the Magistrate Judge. 28 U.S.C. § 636(b)(1); D. Nev. IB 3-2(b). Where a party fails to object, however, the Court is not required to conduct "any review at all . . . of any issue that is not the subject of an objection." *Thomas v. Arn*, 474 U.S. 140, 149 (1985). Indeed, the Ninth Circuit has recognized that a district court is not required to review a magistrate judge's report and recommendation where no objections have been filed. *See, e.g.*, *United States v. Reyna–Tapia*, 328 F.3d 1114,

1122 (9th Cir. 2003).

Here, no objections were filed, and the deadline to do so, March 13, 2020, has passed. (Min. Order, ECF No. 9).

Accordingly,

**IT IS HEREBY ORDERED** that Plaintiff's Application for Leave to Proceed *in forma pauperis*, (ECF No. 6), is **GRANTED**.

**IT IS FURTHER ORDERED** that the Amended Complaint, (ECF No. 4), is **DISMISSED with prejudice**.

The Clerk of Court shall close the case and enter judgment accordingly.

**DATED** this __19__ day of March 2020.

_____
Gloria M. Navarro, District Judge
United States District Court